1  JAMES DAL BON, Bar No. 157942
   TOMAS E. MARGAIN, Bar No. 193555
2  DAL BON & MARGAIN, APC
   28 NORTH 1ST SUITE 210
3  SAN JOSE, CA 95113
   TEL (408) 297-4729
4  FAX (408) 297-4728

5  jdblaw@earthlink.net

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT
                       FOR THE
9           NORTHERN DISTRICT OF CALIFORNIA

10  ALFONSO RAMIREZ                    Case No.:  **C 10-03480 JL**

11              Plaintiff             **STIPULATION TO DISMISS WITH
                                       PREJUDICE; [~~PROPOSED~~] ORDER**
12  v.

13

14  ANTHONY MELKONIAN and T.M.

15  SUMMIT, INC.

16

17              Defendants

18  _____

19      Plaintiff ALFONSO RAMIREZ and Defendants ANTHONY MELKONIAN and T.M.

20  SUMMIT, INC. (collectively, "Defendants") through their attorneys of record hereby submit the

21  following stipulation.

22      1.  Plaintiff and Defendants have entered into a binding settlement agreement to resolve

23          all issues in this matter.

24      2.  Plaintiff and Defendants hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismiss

25          this action with prejudice.

{Client Files\31787\1\00145790.DOC}                                    1

**STIPULATION AND ORDER TO DISMISS
WITH PREJUDICE**

3.     Each of the parties shall bear their own costs and fees.

Dated:  November 10, 2010                    SIMPSON, GARRITY, INNES & JACUZZI PC

                                        By:     //s// Ronald F. Garrity
                                                 Ronald F. Garrity
                                                 Attorneys for Defendants


                                                 Tomas Margain
Dated:  November 9, 2010                         DAL BON & MARGAIN, APC
                                        By:        //s// Tomas Margain
                                                 Tomas Margain
                                                 Attorneys for Plaintiff

**ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS HEREBY**

**ORDERED** that this case be Dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).


Dated:  November __12__ 2010        _____
                                        Judge James Larson
                                        United States Magistrate Judge

**STIPULATION AND ORDER TO DISMISS
WITH PREJUDICE**